

# IN THE
# TENTH COURT OF APPEALS

No. 10-13-00285-CV

## IN THE ESTATE OF HENRIETTA CANNON STONE, DECEASED

From the 278th District Court
Madison County, Texas
Trial Court No. 09-11985-278-10

## ORDER

This appeal was referred to mediation on February 27, 2014. A mediator was assigned in the same order and mediation was to take place within 30 days from the date the assignment of the mediator. We have received a letter from appellees that mediation has been set for a time beyond the 30 day period ordered. We construe this letter to be a motion to extend the time to participate in mediation.

Accordingly, the motion is granted. Mediation is ordered to occur within 60 days of our February 27, 2014 referral order. All other provisions of the order dated February 27, 2014 remain in place.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Order issued and filed April 3, 2014